MOHAMMED AL RASCHID, Appellant, *v.* NEWS SYNDICATE Co., INC., Respondent. (Action No. 2.)

(Submitted March 12, 1934; decided March 13, 1934.)

*Arthur A. Moynihan* for motion.

*Francis Dean* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files undertaking within ten days and pays ten dollars costs, in which event the motion is denied.